UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHGIAN
SOUTHERN DIVISION

_____

**REVEREND JARED CRAMER,**

    Plaintiff,

v.

**OTTAWA COUNTY**, a Michigan County;
**OTTAWA COUNTY BOARD OF COMMISSIONERS**; and
**JOE MOSS**, Chairman of the Ottawa County Commission, in his individual and official capacities,

    Defendants.

Case No. 1:23-CV-1045

Hon. Jane M. Beckering

_____

# PLAINTIFF'S MOTION TO LOCK/RESTRICT DOCKET ENTRY NO. 7 IN FAVOR OF ECF NO. 8, *CORRECTED* FIRST AMENDED COMPLAINT AND JURY DEMAND

_____

Pursuant to Local Civil Rule 10.6, counsel for Plaintiff files this Motion asking the Court to lock and/or otherwise restrict access to Docket Entry No. 7, Plaintiff's First Amended Complaint.

Counsel for Plaintiff inadvertently filed the First Amended Complaint with a single embedded Word document comment in it, which is an attorney-work-product-protected note. Upon learning of the error, counsel for Plaintiff immediately filed a Corrected First Amended Complaint, which was given Docket Entry No. 8. The Corrected pleading is the same as the original pleading, except for the work-

1

product-protected note. In order to protect this attorney-work-product, which is sufficient good cause to seal an entry which would otherwise be available to the public, counsel for Plaintiff respectfully requests that the Court lock and/or otherwise entirely restrict access to Docket No. 7.

                                          PINSKY SMITH, PC
                                          Attorneys for Plaintiff

Dated: December 26, 2023          By:   /s/ Sarah R. Howard
                                          Sarah Riley Howard
                                          Elizabeth L. Geary
                                          146 Monroe Center St NW, Suite 418
                                          Grand Rapids, MI 49503
                                          (616) 451-8496
                                          showard@pinskysmith.com