UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARED CRAMER,

    Plaintiff,

v.

COUNTY OF OTTAWA, et al.,

    Defendants.

_____/

Case No. 1:23-cv-1045

HON. JANE M. BECKERING

## ORDER

Pending before the Court is Defendants' Motion to Dismiss (ECF No. 5). Plaintiff subsequently filed an Amended Complaint (ECF No. 7, as corrected by ECF No. 8). Because the Amended Complaint supersedes Plaintiff's earlier complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendants' pending motion is moot.

Also pending before the Court is Plaintiff's December 26, 2023 "Motion for Leave to Lock/Restrict Docket Entry No. 7 in Favor of ECF No. 8" (ECF No. 9). Plaintiff represents that the Amended Complaint he filed on December 22, 2023 (ECF No. 7) mistakenly contained a "single embedded Word document comment in it, which is an attorney-work-product protected note" (*id.* at PageID.90). Plaintiff omitted the note from the corrected version of the Amended Complaint that he filed on December 26, 2023 (ECF No. 8). Plaintiff argues that protecting attorney-work-product is "sufficient good cause to seal an entry which would otherwise be available to the public" (ECF No. 9 at PageID.91). Having reviewed the submissions and agreeing that good cause exists for the request, *see generally* W.D. Mich. LCivR 10.6(b), the Court will grant Plaintiff's motion. Accordingly:

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 5) is DISMISSED as moot.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion for Leave to Lock/Restrict Docket Entry No. 7 in Favor of ECF No. 8" (ECF No. 9) is GRANTED, and the Amended Complaint (ECF No. 7) shall be filed under restricted access. The Clerk of Court is directed to restrict access to the Amended Complaint (ECF No. 7), with access limited to only the Court and counsel of record for the parties.

Dated: December 27, 2023                             /s/ Jane M. Beckering
                                                      JANE M. BECKERING
                                                      United States District Judge